AO91 (Rev. 12/03)  Criminal Complaint                                             AUSA

# UNITED STATES DISTRICT COURT

Southern District Of Texas Brownsville Division

| **UNITED STATES OF AMERICA** | **CRIMINAL COMPLAINT** |
|---|---|
| vs. | Case Number: 1:18-po-5051 |
| Angel FIGUEROA-Flores | |
| A215 949 363  Mexico | |

I, the undersigned complainant state that the following is true and correct to the best of my knowledge and belief. On or about __October 24, 2018__ in __Cameron__ County, in the __Southern District Of Texas__ defendant(s) being then and there an alien, did, willfully, knowingly and unlawfully enter the United States at a time or place other than designated by an Immigration Officer,

in violation of Title __8__ United States Code, Section(s) __1325(a)(1)__

I further state that I am a(n) __Border Patrol Agent__ and that this complaint is based on the following facts:

The defendant was apprehended in Brownsville, Texas on October 24, 2018. The defendant is a citizen of Mexico who entered the United States illegally by swimming across the Rio Grande River near Brownsville, Texas on October 24, 2018 thus avoiding immigration inspection.

I DECLARE UNDER PENALTY OF PERJURY THAT THE STATEMENTS IN THIS COMPLAINT ARE TRUE AND CORRECT.

Continued on the attached sheet and made a part of this complaint:   ☐ Yes   ☒ No

/S/ Mora, Sergio A.  Border Patrol Agent
Signature of Complainant

Mora, Sergio A.  Border Patrol Agent
Printed Name of Complainant

Sworn to before me and signed in my presence,

October 26, 2018                                          at      Brownsville, Texas
Date                                                               City/State

Ronald Morgan          U.S. Magistrate Judge
Name of Judge          Title of Judge                         Signature of Judge